Victor Tagle, Sr. 1080239
Po Box 7000 Carson City, NV. 89702

United States
District of Nevada

*FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD — Returned copy — MAR 15 2017 — CLERK US DISTRICT COURT DISTRICT OF NEVADA — BY: ___ DEPUTY*

| | |
|---|---|
| Victor Tagle, Sr.<br>Plaintiff<br>v.<br>State of Nevada, et al.<br>Respondents | Case No. 2:15-cv-2143-RFB-CWH<br><br>"Response To Court's Order, and 30 day extension request" |

On or about, 2/28/17, I received a "Court's Order" in regard the 3rd Amended Complaint, wich States that: "The 3rd Amended Complaint was dismissed, and gives 45 days, To submit The correction to the deficiencies".
Signed by, The Honorable Richard F. Boulware, II.

I am trying to obtain information, To re-submit such complaint, like usual, NDOC has: denied it, neglect it, or other wise, since 2/28/17.
Therefore:
"The extension of 30 days, is humbly requested"

IT IS SO ORDERED:

Respectfully: /s/ _____ Sr. 3/9/17
Petitioner
Sgt. Tagle   U.S. Army

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 6th day of April, 2017.

Page 1 of 2

Certificate Of Service by Mail.

Pursuant NRCP 5(b), I hereby certify that, I am the petitioner named herein, and that on this: 3/9/17, I mailed a true and correct copy, of the foregoing: "Request for extension of time", to the following:

Clerk, U.S. District Court
District Of Nevada
400 S. Virginia St. rm 301
Reno, NV. 89501

Petitioner, respectfully request the NCFR (9)(c) for filing & distribution

respectfully: /s/ 3/9/17
Petitioner
Sgt. Taylor   U.S. Army

Page 2 of 2