# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

VICTOR TAGLE,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:15-cv-02143-RFB-CWH

ORDER TO PRODUCE
VICTOR TAGLE, # 1080239

TO: DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: RENEE BAKER, WARDEN, LOVELOCK CORRECTIONAL CENTER
LOVELOCK, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **VICTOR TAGLE, #1080239**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall transport and produce **VICTOR TAGLE, #1080239**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Monday, September 25, 2017, at the hour of 2:00 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **VICTOR TAGLE, #1080239**, is released and discharged by the said Court; and that **VICTOR TAGLE, #1080239,** shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, NV, under safe and secure conduct.

1 | **DATED** this 11th day of September, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**