# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:15-cv-02143-RFB-CWH

**ORDER**

Presently before the court is Plaintiff Victor Tagle's Motion for Court's Intervention Under 42 U.S.C. § 1985 Conspiracy (ECF No. 116), filed on October 13, 2017.

At the hearing on September 29, 2017, the court ordered Plaintiff to refrain from filing any further motions in this case until the court enters a decision on the forthcoming motion to dismiss, except that "Plaintiff may file a motion if necessary to address issues of his physical safety or health." (Mins of Proceedings (ECF No. 110).) Plaintiff now requests the court's intervention in stopping "harassment, physical abuse, [] threats . . . and neglect of medical service." (Mot. (ECF No. 116) at 1.) Plaintiff further states that his "mouth's full of blisters with puss [and] guards continue their assaults on [him]." *Id.* Plaintiff does not provide any additional details regarding these issues. Based on the limited information provided in the motion, the court is unable to evaluate whether Plaintiff is entitled to some form of relief. The court therefore denies the motion without prejudice.

IT IS SO ORDERED.

DATED: October 18, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**