# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, | |
|     Plaintiff, | Case No. 2:15-cv-02143-RFB-CWH |
| vs. | **ORDER** |
| STATE OF NEVADA, et al., | |
|     Defendants. | |

Presently before the court is Plaintiff Victor Tagle's Response to Court's Order Document 118 Under 42 U.S.C. § 1985 (ECF No. 125), which the court construes as a motion. Defendant Chris A. Beecroft, Jr. must respond to the motion by November 15, 2017. Plaintiff must reply by November 27, 2017.

IT IS SO ORDERED.

DATED: November 1, 2017

                                                      _____
                                                    **C.W. Hoffman, Jr.**
                                                    **United States Magistrate Judge**