**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR TAGLE, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:15-cv-02143-RFB-CWH |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| STATE OF NEVADA, et al., | ) |
| | ) |
| Defendants. | ) |

Presently before the court is Plaintiff Victor Tagle's Motion to Opposition to Dismiss of Case (ECF No. 119), filed on October 19, 2017. Defendant Christopher Beecroft filed a response (ECF No. 128) on November 3, 2017.

Plaintiff requests that the court deny Defendant's forthcoming motion to dismiss, arguing that the filing deadline has passed and that Defendant purposely has held the motion to dismiss to delay the case. Defendant responds that the motion should be denied because it is not supported by points and authorities and because the United States district judge assigned to this case ordered Plaintiff to refrain from filing additional motions until the court issues a decision on Defendant's forthcoming motion to dismiss, unless the motion concerns a health or safety issue.

The court extended Defendant's deadline for filing a motion to dismiss to November 13, 2017. (Order (ECF No. 126).) Thus, the court denies Plaintiff's motion to the extent he requests that the forthcoming motion to dismiss be denied on the grounds that it is untimely. Additionally, Plaintiff was ordered to refrain from filing motions until the court rules on the forthcoming motion to dismiss, unless it concerns his health or safety. (Order (ECF No. 110).) This motion does not concern Plaintiff's health or safety and therefore should not have been filed. Plaintiff is advised that future failures to comply with the court's order may result in the imposition of sanctions under

Rule 16(f) of the Federal Rules of Civil Procedure and/or Local Rule IA 11-8.

IT IS THEREFORE ORDERED that Plaintiff Victor Tagle's Motion to Opposition to Dismiss of Case (ECF No. 119) is DENIED.

DATED: November 8, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**